UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LOWINGER,<br><br>      Plaintiff,<br><br>  v.<br><br>WPX ENERGY, INC., RICHARD E. MUNCRIEF, KIMBERLY S. LUBEL, JOHN A. CARRIG, KELT KINDICK, ROBERT K. HERDMAN, VALERIE M. WILLIAMS, KARL F. KURZ, CLAY M. GASPAR, D. MARTIN PHILLIPS, and DOUGLAS E. SWANSON,<br><br>      Defendants. | Case No.: 1:20-cv-09519-LAK |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Lowinger voluntarily dismisses his claims against all Defendants in the above-captioned action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 24, 2020      Respectfully submitted,

                  **ABRAHAM, FRUCHTER &**
                  **TWERSKY, LLP**

            By: */s/ Michael J. Klein*
                Michael J. Klein
                One Penn Plaza, Suite 2805
                New York, NY 10119
                Telephone: (212) 279-5050
                Facsimile: (212) 279-3655
                Email: mklein@aflaw.com

                *Attorneys for Plaintiff*